UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARCEL BILLUPS | : | CIVIL ACTION NO.:3:12CV1201 |
| | : | |
| VS. | : | |
| | : | |
| VANESSA M. ALVAREZ and | : | |
| DUANE DYER | : | AUGUST 17, 2012 |

### C O M P L A I N T

    1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

    2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

    3.  The plaintiff is an adult citizen of the United States who resides in Milford, Connecticut.  At all times mentioned herein, she was employed by the Connecticut Department of Developmental Services.

    4.  During all times mentioned in this action, the defendants were supervisory official of the Connecticut Department of Developmental Services at the Ella T. Grasso Regional Center in Stratford, acting in their said capacities.

They are sued, however, only in their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6.  At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.

7.  On May 13, 2012, the plaintiff was dismissed from state service.

8.  With the assistance of her union, District 1199 of the New England Health Care Employees Union, the plaintiff entered into a written Stipulated Agreement with the Department of Developmental Services which on July 31, 2012, was signed by the authorized representatives of the Department of Developmental Services, the Connecticut Office of Labor Relations, and District 1199, and signed by her.

9.  The said Stipulated Agreement expressly provided: "The dismissal of Ms. Billups from state service, effective close of business on May 13, 2012, is hereby rescinded.  Ms. Billups shall be returned to her position, shift and work location as a Developmental Services Worker 2 for the Department of Developmental Services.  Ms. Billups shall report for duty August 10, 2012."

10.  At 2:18 p.m. on August 10, 2012, the defendants issued a written order as follows: "Please ensure staff understand that Darcel Billups cannot be

pulled or mandated to Unit E, nor can she work voluntary overtime there, during her 90 day temporary transfer (effective today)."

11.  The said order was in direct contravention of the express terms of the Stipulated Agreement quoted above.

12.  The said order was issued without notice or warning to the plaintiff and without affording her any opportunity to be heard regarding same.

13.  As a result, the plaintiff has suffered humiliation, emotional distress, and potential economic loss.

14.  In the manner described above, the defendants deprived the plaintiff of a vested property right set forth in the Stipulated Agreement without procedural due process of law, in violation of the Fourteenth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

15.  In the manner described above, the defendants engaged in outrageously arbitrary conduct, in the constitutional sense, in violation of the plaintiff's right to substantive due process of law in violation of the Fourteenth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive

damages, attorney fees, costs, and such equitable relief as this court shall consider fair.

                THE PLAINTIFF

BY:_____/s/_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax:  203.776.9494
       jrw@johnrwilliams.com
       Her Attorney